# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-12-00770-CV
---

**In re Mark Alan Banta**

---
### ORIGINAL PROCEEDING FROM TRAVIS COUNTY
---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).  The motion for emergency stay is overruled.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed:  November 27, 2012